AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Virginia__

ANN RUBIO

V.

MIDLAND CREDIT MANAGEMENT, INC. ET ALS.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:10CV464

TO: (Name and address of Defendant)
MIDLAND CREDIT MANAGEMENT, INC.
SERVE:
Corporation Service Company
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW J. ERAUSQUIN
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 273-7770
(888) 892-3512 facsimile
matt@clalegal.com

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

CLERK

DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Virginia_____

ANN RUBIO

V.

MIDLAND CREDIT MANAGEMENT, INC. ET ALS.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:10CV464

TO: (Name and address of Defendant)
MIDLAND CREDIT MANAGEMENT, INC.
SERVE:
Corporation Service Company
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW J. ERAUSQUIN
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 273-7770
(888) 892-3512 facsimile
matt@clalegal.com

an answer to the complaint which is served on you with this summons, within ____21____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**

CLERK                                                    DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-15-10 @ 2:53 PM |
| NAME OF SERVER (PRINT) John Arnold | TITLE Registered Process Server Sacramento #09-29 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CSC Lawyer Inc. –Agent For Service 2730 Gateway Oaks Drive #100 Sacramento, CA 95833

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 0 | SERVICES 30.00 | TOTAL 30.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-16-10
               Date

*Signature of Server*

River City Process Service, Inc.
816 H Street, Suite 207
Sacramento, CA 95814
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Virginia__

ANN RUBIO

V.

MIDLAND CREDIT MANAGEMENT, INC. ET ALS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:10CV464

TO: (Name and address of Defendant)
MIDLAND CREDIT MANAGEMENT, INC.
SERVE:
Corporation Service Company
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW J. ERAUSQUIN
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 273-7770
(888) 892-3512 facsimile
matt@clalegal.com

an answer to the complaint which is served on you with this summons, within __21__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**

CLERK                                    DATE

(By) DEPUTY CLERK

| | |
|---|---|
| Attorney:<br>Law Firm:<br>Address:<br>CSZ:<br>Phone:<br>Fax:<br>Representing: | MATTHEW J. ERAUSQUIN (Bar#: )<br>CONSUMER LITIGATION ASSOCIATES<br>12515 WARWICK BLVD. #100<br>NEWPORT, VA 23606<br>703-273-7770<br>888-892-3512<br>Plaintiff |

# UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA

CASE NO.: 3:10CV464

## AFFIDAVIT OF SERVICE

**ANN RUBIO**

        Plaintiff/Petitioner,

vs.

**MIDLAND CREDIT MANAGEMENT, INC., et al.**

        Defendant/Respondent.

_____/

Received by River City Process Service, Inc. on 07/15/2010 at 11:58 AM to be served upon:

**MIDLAND CREDIT MANAGEMENT, INC.**

**STATE OF CALIFORNIA**
**COUNTY OF SACRAMENTO**  ss.

I, **JOHN E. ARNOLD**, depose and say that:

I am over the age of 18 years and not a party to this action.

On 07/15/2010 at 02:53 PM, I served the within SUMMONS; COMPLAINT; on MIDLAND CREDIT MANAGEMENT, INC. at 2730 GATEWAY OAKS DRIVE, SUITE 100, Sacramento, CA 95833 in the manner indicated below:

By delivering a true copy of this process to CSC LAWYERS INC.-AGENT FOR SERVICE, BY SERVING BECKY DEGEORGE of the above named corporation and informing him/her of the contents.

I declare under penalties of perjury under the laws of the United States Of America that the foregoing is true and correct.

X _____
JOHN E. ARNOLD - 2009-29 (Sacramento)
River City Process Service, Inc.
816 H STREET
SACRAMENTO, CA  95814
916.446-2051
Atty File#:  - Our File# 22677