UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANN RUBIO, | : |
| Plaintiff, | : |
| v. | : Case No.: 3:10CV464 |
| MIDLAND CREDIT MANAGEMENT, et al. | : |
| Defendants. | : |

## CONSENT MOTION

Defendants, by undersigned counsel and with the consent of plaintiff Ann Rubio, respectfully moves this Court for an extension of time to file a responsive pleading to plaintiff's Complaint until August 16, 2010. An agreed, fully endorsed order is attached to this motion for the Court's consideration.

Respectfully submitted,

*/s/ Kathryn A. Grace*

Thomas L. Appler (VSB #06346)
Kathryn A. Grace (VSB #71213)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
8444 Westpark Drive - Suite 510
McLean, Virginia 22102
(703) 245-9300
(703) 245-9301 (Fax)
Thomas.Appler@wilsonelser.com
Kathryn.Grace@wilsonelser.com
*Counsel for defendants Midland Funding LLC and Midland Credit Management, Inc.*

188950.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion was served on counsel this 4th day of August, 2010 to:

>Matthew J. Erausquin (VSB # 65434)
>Consumer Litigation Associates, PC
>1800 Diagonal Road, Suite 600
>Alexandria, Virginia 22314
>703-273-7770
>888-892-3512 (fax)
>matt@clalegal.com
>*Counsel for Plaintiff*

/Kathryn D. Grace
Kathryn A. Grace, Esquire

2

188950.1