UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANN RUBIO,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, et al.

    Defendants.

Case No.: 3:10CV464

## ORDER

COME NOW, the parties, by counsel, and as evidenced by their signatures below, hereby state that they have agreed and stipulated that the defendants shall have until August 16, 2010, to answer, move or otherwise plead to plaintiff's Complaint, and if the defendants' pleading requires a response from the plaintiff, her time to respond shall be similarly extended by the same additional 11 day period. Therefore, at this juncture, it is hereby

ORDERED that defendants shall have until August 16, 2010, to answer, move or otherwise plead to plaintiff's Complaint.

ENTERED this __5__ day of __August__, 2010.

/s/
UNITED STATES DISTRICT JUDGE

188780.1

SO STIPULATED AND AGREED:

*/s/ Kathryn A. Grace*

Thomas L. Appler (VSB #06346)
Kathryn A. Grace (VSB #71213)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
8444 Westpark Drive - Suite 510
McLean, Virginia 22102
(703) 245-9300
(703) 245-9301 (Fax)
Thomas.Appler@wilsonelser.com
Kathryn.Grace@wilsonelser.com
*Counsel for defendants*

SO STIPULATED AND AGREED:

*/s/ Matthew J. Erausquin*

Matthew J. Erausquin (VSB # 65434)
Consumer Litigation Associates, PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
703-273-7770
888-892-3512 (fax)
matt@clalegal.com
*Counsel for Plaintiff*

188780.1