AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Virginia__

ANN RUBIO

V.

MIDLAND CREDIT MANAGEMENT, INC. ET ALS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:10CV464

TO: (Name and address of Defendant)
MIDLAND FUNDING, LLC
SERVE:
Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW J. ERAUSQUIN
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 273-7770
(888) 892-3512 facsimile
matt@clalegal.com

an answer to the complaint which is served on you with this summons, within __21__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**      JUL 0 7 2010

CLERK      DATE

(By) DEPUTY CLERK

*AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 15, 2010 at 4:15pm |
| NAME OF SERVER (PRINT) Daniel Newcomb | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Service on Midland Funding, LLC was effectuated by serving Dianne Miles, Managing Agent at Corporation Service Co, 2711 Centerville Rd #400, Wilmington DE 19808.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 16, 2010
           Date

Signature of Server

Delaware Attorney Services
2000 Pennsylvania Ave #207
Wilmington DE 19806
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.