# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| ANN RUBIO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.: 3:10CV464 |
| v. | : | |
| | : | |
| MIDLAND CREDIT MANAGEMENT, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

## MIDLAND CREDIT MANAGEMENT, INC. AND MIDLAND FUNDING, LLC'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Midland Credit Management, Inc. and Midland Funding, LLC in the above captioned action certifies that the following are parents, trusts, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Midland Credit Management, Inc. and Midland Funding, LLC represent that they are a subsidiary of Encore Capital Group, Inc., which is publicly traded.

Respectfully submitted,

_/s/ Kathryn A. Grace_
Thomas L. Appler (VSB #06346)
Kathryn A. Grace (VSB #71213)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
8444 Westpark Drive - Suite 510
McLean, Virginia 22102
(703) 245-9300; (703) 245-9301 (Fax)
Thomas.Appler@WilsonElser.com
Kathryn.Grace@WilsonElser.com
*Counsel for defendants Midland Funding LLC and Midland Credit Management, Inc.*

198563.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

> Matthew J. Erausquin (VSB # 65434)
> Consumer Litigation Associates, PC
> 1800 Diagonal Road, Suite 600
> Alexandria, Virginia 22314
> 703-273-7770
> 888-892-3512 (fax)
> matt@clalegal.com
> *Counsel for Plaintiff*

> _/s/ Kathryn A. Grace_____
> Thomas L. Appler (VSB #06346)
> Kathryn A. Grace (VSB #71213)
> WILSON, ELSER, MOSKOWITZ,
> EDELMAN & DICKER LLP
> 8444 Westpark Drive - Suite 510
> McLean, Virginia 22102
> (703) 245-9300
> (703) 245-9301 (Fax)
> Kathryn.Grace@wilsonelser.com
> *Counsel for defendants Midland Funding LLC and*
> *Midland Credit Management, Inc.*