

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANN RUBIO

        Plaintiff

v.                                    CASE NO. 3:10-cv-464-HEH

MIDLAND CREDIT MANAGEMENT, INC., et al

        Defendant.

## ORDER

CAME NOW Plaintiff and Defendants, by counsel, upon their Joint Motion to Stay Proceedings.

Upon consideration whereof, and for good cause shown, and by agreement of counsel, it is hereby,

ORDERED, ADJUDGED, AND DECREED that the Joint Motion to Stay Proceedings is GRANTED, and that these proceedings, discovery, and deadlines are hereby STAYED for Forty-Five (45) days; and it is further

ORDERED, ADJUDGED, AND DECREED that United States Magistrate Judge M. Hannah Lauck is hereby appointed to supervise and monitor settlement discussions, to enlarge the initial stay and to report when, in the opinion of the Magistrate Judge, it is appropriate to lift the stay and to reset deadlines in light of the state of settlement discussions.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and to Judge Lauck.

Nov. 19, 2010
DATE

                        /s/
                        HENRY E. HUDSON
                        UNITED STATES DISTRICT JUDGE

SEEN AND AGREED:

_____
Matthew J. Erausquin, VSB # 65434
Counsel for the Plaintiff
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: 703-273-7770
Fax: 888-892-3512
matt@clalegal.com



_____
Kathryn A. Grace, VSB # 71213
Counsel for Defendants Midland Credit Management, Inc. and Midland Funding, LLC
Wilson Elser Moskowitz Edelman & Dicker, LLP.
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Tel: 703-852-7869
Fax: 703-245-9301
kathryn.grace@wilsonelser.com