UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| ANN RUBIO, | : | |
|---|---|---|
| Plaintiff, | : | |
| | : | Case No.: 3:10CV464 |
| v. | : | |
| MIDLAND CREDIT MANAGEMENT, et al. | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the parties' joint request to extend the stay of proceedings in this matter, for good cause shown, and on recommendation of Magistrate Judge Lauck, it is hereby,

ORDERED that these proceedings, discovery and deadlines are hereby STAYED until March 3, 2011; and it is further

ORDERED that the trial is continued from January 31, 2011, until May 19, 2011.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and Judge Lauck.

Jan. 13, 2011
DATE

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

218163.1