IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

ANN RUBIO

          Plaintiff

v.                                        CIVIL NO. 3:10-cv-464-HEH

MIDLAND CREDIT MANAGEMENT, INC., et al

          Defendant.

## ORDER

This matter is before the Court on the stipulation of the parties that this matter should be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

Upon consideration whereof, and for good cause shown, and by agreement of counsel, it is hereby,

ORDERED, ADJUDGED, AND DECREED that this matter is hereby dismissed without prejudice, with each side to bear their own fees and costs.

Let the Clerk send a copy of this Order to all counsel of record and to Judge Lauck.

It is so ORDERED.


May 12 2011
Date

                        /s/
                    HENRY E. HUDSON
                    UNITED STATES DISTRICT JUDGE

The parties have so stipulated to the entry of this Order and the dismissal of this action as described herein:

_____
Matthew J. Erausquin, VSB #65434
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:   703-273-7770
Fax:   888-892-3512
matt@clalegal.com

*Counsel for the Plaintiff*


_____
Thomas L. Appler, VSB # 06346
Kathryn A. Grace, VSB # 71213
Wilson Elser Moskowitz Edelman & Dicker, LLP.
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Tel:   703-245-9300
Fax:   703-245-9301
Thomas.Appler@wilsonelser.com
Kathryn.Grace@wilsonelser.com

*Counsel for the Defendants*